UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARL D. GOODMAN**                                                                            **PLAINTIFF**

**V.**                              **NO. 3:19CV00380 JM-JTR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 2nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE